IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND<br>OFFICE OF THE ATTORNEY GENERAL<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL ELECTIONS, INC., ET AL.<br><br>    Defendants. | *<br>*<br>*   Case No. WDQ 10CV3183<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DISCLOSURE STATEMENT**

Universal Elections, Inc., Defendant, by Edward Smith, Jr., its attorney pursuant to FRCP Rule 71 discloses as follows:

1. That it has no parent corporation, nor publicly held stock.

2. That this disclosure is filed with the first appearance of counsel.

3. That a prompt filing of any supplement will be made upon any change.

                                             _____/s/_____
                                             EDWARD SMITH, JR., ESQUIRE
                                             Federal Bar #:  01182
                                             2225 St. Paul Street
                                             Baltimore, MD 21218
                                             (410) 366-0494
                                             (410) 366-6182 - Fax
                                             njedBM@verizon.net
                                             Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2010, a copy of the aforegoing *Disclosure Statement* was electronically transmitted to:

>William D. Gruhn, AAG (bgruhn@oag.state.md.us)
>Philip D. Ziperman, AAG (pziperman@oag.state.md.us)
>200 St. Paul Street, 16th Floor
>Baltimore, MD  21202
>Attorneys for Plaintiff

/s/
EDWARD SMITH, JR., ESQUIRE
