IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND <br> OFFICE OF THE ATTORNEY GENERAL <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL ELECTIONS, INC., ET AL. <br><br> Defendants. | * <br> * <br> *   Case No. WDQ 10CV3183 <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF CONSTITUTIONAL QUESTION**

The Defendants, Universal Elections, LLC, et al., by Edward Smith, Jr., their attorney, pursuant to Rule 5.1 of the FRCP, hereby file notice of a Constitutional question regarding a federal statute.

1. The Defendants filed a supplemental Motion To Dismiss stating that the TCPA is an unconstitutional infringement upon the First Amendment. See 47 U.S.C. § 227, et seq. and 47 C.F.P. § 64.1200(b).

2. A copy of the foregoing has been sent to the Attorney General of the United States by certified mail, or by sending it to an electronic address designated by the attorney general for this purpose.

3. This question is timely asserted.

Respectfully submitted,

           _____/s/_____
           EDWARD SMITH, JR., ESQUIRE
           Federal Bar #:  01182
           2225 St. Paul Street
           Baltimore, MD 21218
           (410) 366-0494
           (410) 366-6182 - Fax
           njedBM@verizon.net
           Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2011, a copy of the aforegoing *Notice of Constitutional Question* was electronically transmitted to:

  William D. Gruhn, AAG (bgruhn@oag.state.md.us)
  Philip D. Ziperman, AAG (pziperman@oag.state.md.us)
  200 St. Paul Street, 16th Floor
  Baltimore, MD  21202
  Attorneys for Plaintiff

And mailed via certified mail to:

  The Honorable Eric Holden
  U. S. Attorney General
  200 St. Paul Street, 16th Floor
  Baltimore, MD  21202


           _____/s/_____
           EDWARD SMITH, JR., ESQUIRE