CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 2, 2011

Bradley Cohen
United States Department of Justice
Civil Division
P.O. Box 883
Washington, DC 20044
Email: bradley.cohen@usdoj.gov

Re: Certification of Constitutional Challenge to the Telephone Consumer Protection Act
*State of Maryland v. Universal Elections, et al.*, CCB-10-3183

      As a defense in the above-cited case, the plaintiffs have argued that the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, is unconstitutional. Specifically, they argue that 47 U.S.C. § 227(d), which requires that all "artificial or prerecorded telephone messages" identify "the business, individual, or other entity initiating the call" as well as "the telephone number or address of such business, other entity, or individual," and the corresponding Federal Communications Commission regulation, 47 C.F.R. § 64.1200(b), violate the defendants' free speech rights under the First Amendment. (*See* Defendants' Supplemental Motion to Dismiss, ECF no. 17.) The court is aware that the defendants have already notified the Attorney General of their constitutional challenge (ECF no. 20), and that the Attorney General has acknowledged receipt of the notice. (ECF no. 22.) In accordance with 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), this letter will serve to "certify to the appropriate attorney general that a statute has been questioned." Fed. R. Civ. P. 5.1(b).

      Sincerely yours,

      /s/

      Catherine C. Blake
      United States District Judge