IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND<br>OFFICE OF THE ATTORNEY GENERAL<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL ELECTIONS, INC., ET AL.<br><br>Defendants. | *<br>*<br>*   Case No. WDQ 10CV3183<br>*<br>*<br>* |

**************************

## MOTION TO STAY PROCEEDING

Universal Elections, Inc., et al., Defendants, by their attorney, Edward Smith, Jr., pursuant to Fed. Cir. Prod. Rule 7(b) respectively move to stay all proceeding and set forth their reasons below:

1. Pursuant to F.R.C.P. 26(a)(1)(A) the Plaintiff advised counsel that it intended to use "staff members of the gubernatorial campaign of Robert Erhlich, Jr., to testify;

2. Email communications between Robodial.org.LLC and the Defendants;

3. And most importantly, the Defendants and their employees as witnesses.

4. On information received the Defendants are aware of at least two (2) grand juries both convened by the State of Maryland and the United States.  They are the targets with others herein mentioned.

5. The use of witnesses who are/may be indicted by government action both at that federal and state level triggers substantial Fifth Amendment issues.

6. The Court has discretion to prevent substantial injustice and to stay these proceedings until the governments decide to indict, charge and receive a trial.

7. The defendants seek a stay of this proceeding as relief.

8. All matters before the grand juries are secret and should not be revealed without approval by this Court.

9. Counsel for the defendants seeks permission to present exhibits to supplement this requested stay.

Respectfully submitted,

_____/s/_____
EDWARD SMITH, JR., ESQUIRE
Federal Bar #: 01182
2225 St. Paul Street
Baltimore, MD 21218
(410) 366-0494
(410) 366-6182 - Fax
njedBM@verizon.net
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2011, a copy of the aforegoing *Motion To Stay Proceeding* was electronically transmitted to:

William D. Gruhn, AAG (bgruhn@oag.state.md.us)
Philip D. Ziperman, AAG (pziperman@oag.state.md.us)
200 St. Paul Street, 16th Floor
Baltimore, MD 21202
Attorneys for Plaintiff

                                                        /s/
                                  EDWARD SMITH, JR., ESQUIRE