IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND,  
OFFICE OF THE ATTORNEY GENERAL

v.   :   Civil No. CCB-10-3183

UNIVERSAL ELECTIONS, INC., ET AL.

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the plaintiff State of Maryland's motion for summary judgment (ECF No. 74) is **GRANTED**;

2. judgment is entered on behalf of the State of Maryland in the amount of $10,000 against defendant Rhonda Russell;

3. judgment is entered on behalf of the State of Maryland in the amount of $1,000,000 against defendants Julius Henson and Universal Elections, jointly and severally;

4. the Clerk shall **CLOSE** this case; and

5. copies of this Order shall be sent to defendant Russell and to counsel of record.

  May 29, 2012                                                /s/  
      Date                                                    Catherine C. Blake  
                                                             United States District Judge